UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Michelle Swank and Aaron Swank, | ) | Civil File No. 07-CV-2279  PAM/JSM |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER FOR DISMISSAL** |
| v. | ) | |
| | ) | |
| I.C. System, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

_____

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:     May   1              , 2008.          BY THE COURT:


                                                 s/Paul A. Magnuson
                                                 The Honorable Paul A. Magnuson
                                                 Judge of United States District Court